IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| STATE OF IOWA,<br>Plaintiff,<br>vs.<br>ANTONIO WARFIELD,<br>Defendant. | Criminal No. FECR404167<br><br>PLEA OF GUILTY TO COUNTS 4 & 5<br>Plea after 7/15/20 for crimes committed before 7/15/20 |
|---|---|

I, Antonio Warfield, state to the Court that I am charged with:

Assault causing injury Counts 4 & 5, code §: 708.2(2) a serious misdemeanor;

and I now wish to plead guilty to this these chargeS.

1. I have discussed my guilty plea with my attorney; I am satisfied with the services of my attorney; and I have been advised and understand that by pleading guilty I am giving up the following rights:

   A. The right to a speedy and public jury trial on this (these) charge(s).
   B. The right to ask questions of the State's witnesses, the right to subpoena or call my own witnesses to testify on my behalf, and the right to take depositions.
   C. The right to have my attorney with me throughout the entire trial, if I cannot afford an attorney, The Court would appoint one for me at State expense. If I receive a court-appointed attorney, I understand I may be ordered to repay the State for my attorney fees.
   D. The right to have my case decided by a jury of 12 people whose verdict would have to be unanimous.
   E. The right to require the State to prove my guilt beyond a reasonable doubt.
   F. The right to testify on my own behalf or refuse to testify. If I chose not to testify, the

county attorney would not be allowed to say anything about that fact in front of the jury.

2. By pleading guilty, I am asking the Court to accept my guilty plea. I am admitting there is a factual basis for the charge(s), and I admit at the time and place charged in the Trial Information

I did assault Tishae and Teoni Ihgold and caused bodily injury to them.

3. I accept the minutes of testimony as substantially true as to the elements of these charges,

with the exclusion of the following statements: I accept as to factual basis in paragraph 2

4. \_\_\_\_A plea agreement in my case exists as evidenced by a memorandum of plea agreement which I have signed. I understand any plea agreement is not binding on the Court and unless the judge's acceptance of my plea is contingent upon acceptance of the plea agreement, I know the judge may sentence me up to the maximum penalties provided by law.

5. I understand that on a plea of guilty to:

   AW A. serious misdemeanor, the Court can sentence me to jail for up to one year, and fine me between $315.00 and $1875.00



6. If I am pleading guilty to more than one charge, I understand the judge can run each sentence consecutive or concurrent to any other. The sentence for a charge of escape or absence from custody under §719.4 or for a crime committed while confined in a detention facility or penal institution shall begin at the end of any existing sentence. My attorney has explained consecutive and concurrent to me.

_AJ_ I understand I will be required to pay a 15% crime services surcharge on all fines that are not suspended.

_AL_ If I am convicted of a criminal offense, the county sheriff may charge me for the actual administrative costs relating to my arrest and booking; for room and board provided to me while in the custody of the county sheriff; and for any medical aid provided to me under Iowa Code §356.5. This issue will not be resolved as part of my sentence. If the sheriff wishes to charge me for these costs, the sheriff will file a separate civil action seeking reimbursement.

_AL_ Based on my reasonable ability to pay, I may be required to pay Category B restitution which includes contribution of funds to a local anticrime organization which provided assistance to law enforcement in an offender's case; payment of crime victim compensation reimbursements; payment of restitution to public agencies pursuant to §321J.2(13)(b); court costs; court-appointed attorney fees ordered pursuant to §815.9, including the expense of a public defender; and payment to the medical assistance program pursuant to Iowa Code Chapter 249A for expenditures paid on behalf of the victim resulting from the offender's criminal activities including investigative costs incurred by the Medicaid fraud control unit pursuant to §249A.50.

_AL_ I am presumed to have the reasonable ability to pay Category B restitution. I have the right to request a hearing where a judge will determine whether I have the reasonable ability to pay all of the Category B restitution. I must request a hearing to determine my reasonable ability to pay at the time of sentencing or within 30 days after the Court issues a permanent restitution order. Failure to do so waives all future claims regarding reasonable ability to pay except as provided in Iowa Code §910.7. At the hearing, I will have the burden of proving by a preponderance of the evidence that I am unable to reasonably make payments toward the full amount of Category B restitution. If I contest my ability to reasonably make payments toward the full amount of Category B restitution, I must furnish the prosecutor and sentencing court with a completed financial affidavit that will be filed of record in all criminal cases for which I owe restitution. Failure to furnish a completed affidavit waives any claim concerning my reasonable ability to pay Category B restitution. At the hearing, the judge, the prosecutor, and my attorney will get to question me concerning my reasonable ability to pay. If the Court determines I am not reasonably able to pay all or part of Category B restitution, the Court may require me to perform community service in lieu of that portion of Category B restitution for which I am not reasonably able to pay.

7. Omitted

8. If granted probation, I understand as a condition of my probation I am to fulfill all terms as

set forth by the Sentencing Order. If I fail to do so, the suspended sentence could be imposed or I may be found in contempt of court which may be punished by up to 6 months in jail and a fine of up to $500.00.

9. If I claim there are any irregularities or defects in these plea proceedings, I must file a Motion in Arrest of Judgment not later than 45 days after this plea of guilty and not later than five days before the day of sentencing. Failure to do so will preclude my right to assert any defects in this plea in any appeal.

10. If I am not a United States Citizen, I understand a criminal conviction, deferred judgment, or a deferred sentence may result in my deportation or have other adverse immigration consequences under federal immigration laws. I have had the opportunity to discuss this with my attorney and consulate.

11. If I am on parole or probation, I understand this plea of guilty may be grounds for revocation. I have discussed this with my attorney and probation or parole officer and I wish to plead guilty.

No one has made any promises or inducements to make me plead guilty, nor has anyone threatened me to cause me to plead guilty. My decision to plead guilty is voluntary and intelligently made. I am not under the influence of any drug, medication or alcohol that would hurt my ability to make decisions.

I understand I must pay all court ordered fines, civil penalties, restitution, surcharges, court costs, and jail fees in full. If I am granted probation, this will be a condition of my probation.

_AW_ I expressly waive my right to be present and participate in an in-court plea colloquy, and I waive my right to have a verbatim record of these proceedings.

_AW_ I expressly waive my right to be personally present and address the Court at the time of sentencing. I agree the Court may impose sentence without my being present. I understand I have a right of allocution, which allows me to address the Court personally and make a statement in mitigation of my punishment in this case. I understand if I am represented by counsel in this case, my attorney may address the Court on my behalf and make a statement in mitigation of my punishment in this case. I waive the right to have a verbatim record of the sentencing procedures.

_AW_ I am waiving my right to file a Motion in Arrest of Judgment as described in #9 above, my right to wait 15 days for my sentencing and I wish to be sentenced today. I know of no legal cause why judgment should not be entered and there are no pending motions.

_AW_ I authorize the Court to make a determination as to my reasonable ability to pay Category B restitution based solely on my financial affidavit. I waive my right to be heard on the issue. I understand the Court may hold a hearing on this issue anyway at the request of the prosecutor.

Defendant is advised that by pleading guilty no right to appeal exists and that an application for permission to appeal may only be granted upon a showing of good cause pursuant to Iowa Code section 814.6(1)(a)(3). If Defendant wishes to appeal, Defendant must file a notice of appeal with the Clerk of the District Court within 30 days of the date the disposition order is entered in this case. **If Defendant fails to file a notice of appeal before the deadline expires, Defendant will lose any opportunity to appeal the disposition order in this case.**

I STATE TO THE COURT I FULLY UNDERSTAND ALL OF MY FOREGOING RIGHTS; I GIVE UP THOSE RIGHTS; AND I ENTER MY PLEA OF GUILTY TO THE CHARGES LISTED ABOVE.

_____
Defendant

Date

Address

I, ___JO MOELLER___, a regular practicing attorney at law, as an officer of the Court, state that I represent the above-named defendant, I have advised the defendant of all his/her legal rights; I have advised the defendant of the consequences of signing this document; and I have answered all questions regarding the plea of guilty. I further state that, to the best of my knowledge and belief, this plea is knowingly, voluntarily, and intelligently made by the defendant and there is a factual basis for the charge.

Signature of Attorney _____ Date: 4-14-21