IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:20-cr-104 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO SUPPRESS EVIDENCE |
| | ) | AND STATEMENT AND REQUEST |
| ANTONIO LASHAWN WARFIELD, | ) | FOR EVIDENTIARY HEARING |
| | ) | |
| Defendant. | ) | |

Defendant, Antonio Lashawn Warfield, through counsel, moves to suppress all evidence

and a statement obtained in this matter.   In support of this motion, defendant states as follows:

1. Antonio Warfield has been charged with a violation of 18 U.S.C. §§ 922(g)(1)

   and 924(a)(2).

2. The charge arose out of evidence seized from a vehicle which was being operated

   by Mr. Warfield, and from a statement which was made by Mr. Warfield on

   October 22, 2019.

3. The admission of any items seized during the search of the vehicle would violate

   Mr. Warfield's rights under the Fourth Amendment to the United States

   Constitution to be free from unreasonable search and seizure.

4. The items of alleged evidence sought to be suppressed by this motion are:

   a. Physical items found and seized during the unlawful searches;

   b. The testimony of the officers concerning their observation of the physical
      items allegedly found during the illegal searches and detention;

   c. Any testimony concerning alleged statements or admissions by the
      defendant following the search.

5.      Further, a statement by defendant was obtained by interrogation which denied the

defendant his right to counsel, and his constitutionally guaranteed privilege

against self-incrimination.

WHEREFORE, defendant Antonio Lashawn Warfield respectfully requests that the court

set this matter for hearing, and, after that hearing, grant this motion and suppress all evidence

obtained through the illegal search and seizure and any statement made by Mr. Warfield.

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE:   (563) 322-8931
TELEFAX:   (563) 383-0052
EMAIL:   terry_mcatee@fd.org


By:   /s/ *Terence McAtee*
       **Terence McAtee**
       Assistant Federal Defender
       ATTORNEY FOR DEFENDANT


cc: Cliff Cronk, AUSA


CERTIFICATE OF SERVICE
I hereby certify that on October 12, 2021, I electronically
filed this document with the Clerk of Court using the ECF
system which will serve it on the appropriate parties.
              /s/Amanda Hruby-Carstensen