IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 3:20-cr-104 |
| Plaintiff, | ) | |
| | ) | <u>UNRESISTED</u> |
| vs. | ) | MOTION TO CONTINUE |
| | ) | TRIAL DATE AND GUILTY PLEA |
| | ) | DEADLINES |
| ANTONIO LASHAWN WARFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, Antonio Lashawn Warfield, through counsel, and in support of his Unresisted Motion to Continue Trial Date and Guilty Plea Deadlines, states as follows:

1. Mr. Warfield has been charged with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

2. Trial is currently scheduled for November 8, 2021. This is the third request for a continuance in this matter. The first continuance was from June 1, 2021, to September 7, 2021, following a motion to continue filed by the defendant on May 25, 2021. The second request was from September 7, 2021, to November 8, 2021, following a second motion to continue file by the defendant on August 9, 2021.

3. Defendant filed a motion to suppress on October 12, 2021, which will need to be heard prior to trial. In addition, defense counsel has another trial scheduled for November 8, 2021, *United States v. Washington*, No. 3:18-cr-64, which will not be continued another time.

4. Based on the above, the defense is requesting a continuance of the trial date and a corresponding continuance of the guilty plea deadlines, following a hearing and final

ruling on Defendant's motion to suppress.

5. Assistant United States Attorney, Clifford R. Cronk has indicated that the government does not object to this motion.

WHEREFORE, the defendant, Antonio Lashawn Warfield, respectfully requests a continuance of the trial date and corresponding continuance of the guilty plea deadlines, as outlined above.

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE: (563) 322-8931
TELEFAX: (563) 383-0052
EMAIL: terry_mcatee@fd.org


By: /s/ *Terence McAtee*
**Terence McAtee**
Assistant Federal Defender
ATTORNEY FOR DEFENDANT

cc: Clifford R. Cronk, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on October 18, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

_____/s/_____