IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 3:20-cr-104 |
| v. | ) | |
| | ) | MOTION TO EXTEND TIME TO |
| ANTONIO WARFIELD, | ) | FILE THE GOVERNMENT'S |
| | ) | RESPONSE TO PRE-TRIAL MOTION |
| Defendant. | ) | |

The United States Attorney for the Southern District of Iowa and his Assistant United States Attorney Clifford R. Cronk III moves the Court for an extension of time to Friday, October 22, 2021 to file a response in opposition to Defendant's motion to suppress filed on October 12, 2021. Undersigned counsel has been working on the response but due to the press of intervening business, personal matters, and inability to meet with the arresting officer, it has been difficult for government counsel to complete the response in opposition to the motion. Counsel for Defendant Warfield has no objection.

    Respectfully Submitted,

    Richard D. Westphal
    Acting United States Attorney

By:   /s/ *Clifford R. Cronk III*
    Clifford R. Cronk III
    Assistant United States Attorney
    United States Court House
    131 East 4th Street, Suite 310
    Davenport, IA   61201
    Tel: (563) 449-5432
    Email: cliff.cronk@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.   I hereby certify that a copy of this document was served on the parties or attorneys of record by:   ECF/Electronic filing.

UNITED STATES ATTORNEY

By: /s/ *Clifford R. Cronk III*
     Clifford R. Cronk III
     Assistant U. S. Attorney