## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose

Case No. 3:20-cr-00104-001 : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Antonio Lashawn Warfield |

Plaintiff(s) Counsel: Terence L. McAtee

Defendant(s) Counsel: Clifford R. Cronk, III.

Court Reporter: Deb Thornburg : Interpreter: N/A

Motion(s) for Ruling: Ruling / Ruling Reserved

[32] Defendant's Motion to Suppress    DENIED

Proceedings:

9:01  Court in session.  Defendant present with counsel.  Court takes up Defendant's Motion to Suppress [32]. 9:04  Defense calls Officer Jared Crow; witness sworn; testifies.  9:28  Witness excused.  9:29  Defense calls Officer Kevin Remley; witness sworn; testifies.  9:32  Witness excused.  9:34  Defense presents argument.  9:41  Court pronounces ruling.  Defendant's Motion to Suppress [32] is Denied.  9:46  Adjourn.

Government Exhibits 1-7 were Admitted.  Defense Exhibits A-F were Admitted.  Counsel to file electronically.

Time Start: 9:01 am
Time End:  9:46 am
Date: November 16, 2021

/s./ K. Chrismer
Deputy Clerk