IN THE IOWA DISTRICT COURT FOR __Scott__ COUNTY
MAGISTRATE DIVISION

STATE OF IOWA,
      Plaintiff

Vs.

__Antonio Lashawn Warfield__
      Defendant

FECR 403376
FECR 404167

I promise to appear in the Magistrate Court, Courtroom, Courthouse in __Davenport__, __Scott__ County, Iowa on the __17th__ day of __September__, 20__19__, at __8:30__ a.m.

I acknowledge if I do not appear at the above time and place, my bond may be forfeited and a warrant for my arrest issued.

Dated this __12__ day of __September__, 20__19__, at Tipton, Iowa.

_____
Defendant

_____
Witness

**DEFENDANT'S EXHIBIT A**

Both Scott Co & Davenport Pd same court dates

7-12-19

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| STATE OF IOWA<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO L WARFIELD<br><br>Defendant. | Case No: 07821 FECR403376<br><br>**ORDER ON INITIAL APPEARANCE** |

Appearances:
Defendant appears

Charges:
01 - 713.3 - BURGLARY 1ST DEGREE
02 - 713.6A(2) - BURGLARY 3RD DEGREE - MOTOR VEHICLE
03 - 708.2(2) - ASSAULT CAUSING BODILY INJURY OR MENTAL ILLNESS
04 - 708.2(2) - ASSAULT CAUSING BODILY INJURY OR MENTAL ILLNESS

Related Cases: The cases below shall follow this matter for scheduling and disposition.
07821 SMCR403377 - STATE OF IOWA VS WARFIELD, ANTONIO
  01 - 716.6(2) CRIMINAL MISCHIEF 5TH DEGREE
  02 - 716.6(2) CRIMINAL MISCHIEF 5TH DEGREE

Upon review of the complaint and any accompanying affidavits, the Court finds that there is probable cause to believe that Defendant has committed the offense(s) as indicated above.

The Court informed Defendant of the nature of the charge(s) and the maximum and minimum sentencing consequences of that/those charge(s). The Court also informed Defendant of his/her absolute right to remain silent, that anything Defendant says will be used against him/her, and of his/her right to an attorney. An attorney will be appointed for Defendant if an application is made to the Court and Defendant qualifies for a court appointed attorney.

## REPRESENTATION BY COUNSEL

Defendant requests court appointed counsel. The request is granted based on the finding by the Court that Defendant is indigent and eligible for court appointed counsel. The Public Defender's Office is appointed to represent Defendant in this matter. The Public Defender's Office can be reached by phone at (563) 323-3400.

## UPCOMING DATES



DEFENDANT'S EXHIBIT B

1 of 3

Defendant is entitled to a preliminary hearing unless Defendant waives this hearing or unless the County Attorney files a trial information against Defendant prior to the date scheduled for the preliminary hearing.

Defendant demands preliminary hearing. Therefore, **Further Proceedings are scheduled on 09/24/2019 at 08:30 AM at the Scott County Courthouse, 400 W 4th St, Davenport, IA 52801. Both appointed counsel and Defendant, if not in custody, must appear.** Additionally, **Preliminary Hearing is scheduled on 10/04/2019 at 10:30 AM** at the Scott County Courthouse, 400 W 4th St, Davenport IA 52801.

### RELEASE PROVISIONS

Conditions of release shall remain as previously set.

**ALL ABOVE IS SO ORDERED this 17th day of September, 2019.**

The Clerk shall notify all self-represented litigants, attorneys of record, appointed counsel, and (if supervised release has been granted) the Department of Correctional Services. If Defendant is in custody, the Clerk shall notify the SCOTT COUNTY Sheriff's Office.
The Court has provided a copy to the Defendant.

If you need assistance to participate in court due to a disability, call the disability coordinator at (563) 328-4145 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

7CR011



State of Iowa Courts

**Case Number**  
FECR403376  
**Type:**

**Case Title**  
STATE OF IOWA VS WARFIELD, ANTONIO  
HEARING FOR INITIAL APPEARANCE

So Ordered

Michael Motto, Magistrate  
Seventh Judicial District of Iowa

Electronically signed on 2019-09-17 09:15:10

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| STATE OF IOWA, | ) |
| Plaintiff, | ) Criminal No. <u>FECR 403376</u> |
| vs. | ) ENTRY OF APPEARANCE AND |
| Antonio Warfield, | ) ELECTION TO WAIVE |
| Defendant. | ) PRELIMINARY HEARING |

Attorney John O. Moeller hereby enters his appearance and the defendant, after consultation with counsel, makes a knowing election to waive preliminary hearing in the above-captioned case.

Dated this 23 day of September, 2019.

_____oral approval_____
Defendant

_____/s/_____
Attorney John O. Moeller
Attorney for Defendant
601 Brady Street, Ste. 303
Davenport, Iowa 52803
563-323-3014
john@johnmoeller.com



DEFENDANT'S EXHIBIT C

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| STATE OF IOWA,<br><br>        Plaintiff,<br><br>vs.<br><br>Antonio Warfield,<br><br>        Defendant. | Criminal No. FECR404167<br><br>ENTRY OF APPEARANCE AND ELECTION TO WAIVE PRELIMINARY HEARING |

Attorney John O. Moeller hereby enters his appearance and the defendant, after consultation with counsel, makes a knowing election to waive preliminary hearing in the above-captioned case.

Dated this 23 day of September, 2019.

_Oral approval_
Defendant

_/s/ John O. Moeller_
Attorney John O. Moeller
Attorney for Defendant
601 Brady Street, Ste. 303
Davenport, Iowa 52803
563-323-3014
john@johnmoeller.com

DEFENDANT'S EXHIBIT D

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| STATE OF IOWA | |
|---|---|
| Plaintiff | 07821 FECR403376 |
| VS | |
| ANTONIO L WARFIELD | **ORDER** |
| Defendant | |

Defendant appears in custody, Cash Bond was posted in Cedar County on 9/12/2019. Scott County Sheriff's Department was not notified of it.

Therefore release defendant on this case to appear for future court dates

If you need assistance to participate in court due to a disability, call the disability coordinator at (563) 328-4145 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**



DEFENDANT'S EXHIBIT E



State of Iowa Courts

**Case Number**  **Case Title**
FECR403376       STATE OF IOWA VS WARFIELD, ANTONIO
**Type:**        OTHER ORDER

So Ordered

Cheryl Traum, District Associate Judge,
Seventh Judicial District of Iowa

Electronically signed on 2019-10-23 09:39:55

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| STATE OF IOWA | |
|---|---|
| Plaintiff | 07821 FECR404167 |
| VS | |
| ANTONIO LASHAWN WARFIELD | **ORDER** |
| Defendant | |

Defendant appears in custody, Cash Bond was posted in Cedar County on 9/12/2019. Scott County Sheriff's Department was not notified of it.

Therefore release defendant on this case to appear for future court dates

If you need assistance to participate in court due to a disability, call the disability coordinator at (563) 328-4145 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**





State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| FECR404167 | STATE OF IOWA VS WARFIELD, ANTONIO LASHAWN |
| **Type:** | OTHER ORDER |

So Ordered

Cheryl Traum, District Associate Judge,
Seventh Judicial District of Iowa

Electronically signed on 2019-10-23 09:40:38