UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 3:20-cr-104 |
| Plaintiff, ) | |
| ) | MOTION TO WITHDRAW AS COUNSEL |
| vs. ) | DUE TO CONFLICT |
| ) | |
| ANTONIO LASHAWN WARFIELD, ) | |
| ) | |
| Defendant. ) | |

COMES NOW Terence McAtee of the Federal Defender's Office and respectfully requests the court's permission to withdraw as attorney for defendant Antonio Lawshawn Warfield because of a conflict of interest.  Counsel requests a CJA panel attorney be appointed to represent said defendant in this case.

Trial is this matter is currently scheduled to commence on February 7, 2022.

        FEDERAL DEFENDER'S OFFICE
        CBI Bank & Trust Building
        101 W. 2nd Street, Suite 401
        Davenport, Iowa 52801-1815
        TELEPHONE:  (563) 322-8931
        TELEFAX:  (563) 383-0052
        EMAIL:  terry_mcatee@fd.org

        By: /s/ *Terence McAtee*
        **Terence McAtee**
        Assistant Federal Defender
        ATTORNEY FOR DEFENDANT

cc: Cliff Cronk, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on December 1, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
/s/