UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
AT DAVENPORT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:20-cr-00104 |
| vs. | ) **APPEARANCE** |
| ANTONIO LASHAWN WARFIELD, | ) |
| Defendant. | ) |

COMES NOW, Eric D. Tindal, of Keegan, Tindal, & Jaeger, and enters his appearance on behalf of Defendant Antonio Lashawn Warfield.

Respectfully submitted,

*/s/ Eric D. Tindal*
Eric D. Tindal
Keegan, Tindal, and Jaeger
103 East College Street, Ste. 312
Iowa City, IA 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2754
Email: eric@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

### Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on December 3, 2021, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Eric D. Tindal*