UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
AT DAVENPORT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO LASHAWN WARFIELD,<br><br>    Defendant. | Case No. 3:20-cr-104<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL AND ALL DEADLINES** |

COMES NOW Defendant Antonio L. Warfield, by his attorneys, Eric D. Tindal, of Keegan Tindal & Jaeger, and respectfully requests a continuance of the currently scheduled trial and all deadlines in the captioned matter. In support of his motion, Warfield states:

1. Warfield is accused of being a felon in possession of a firearm. The indictment was filed on October 8, 2020, however, the undersigned was only appointed to the defendant on December 3, 2021. Jury trial in this matter is scheduled for February 7, 2022.

2. The undersigned needs additional time to review and discuss discovery, trial strategy and plea with the defendant. The Government, through AUSA Cliff Cronk, does not resist.

3. The undersigned is presently scheduled for trial on January 24, 2022 in State v. Salvator, Scott County No. FECR409618, on February 14, 2022; U.S. v. Mukanzu, 3:20-cr-00034; and on February 28, 2022 in U.S. v. Enis et. al, 3:21-cr-00048. There are other pending trials which will likely fall into March or beginning of April and the undersigned will be out of the country April 20, 2022 to April 30, 2022.

4. Because of these complex scheduling matter the defendant requests a continuance to the middle of May 2022. Alternatively, counsel would suggest a trial date in March with the

understanding that a second motion to continue may be required in the event the parties do not reach a plea agreement.

5.  Neither the Government nor any defendant will be prejudiced in any manner through the requested continuance of the currently scheduled February trial. Nor will the Government or any defendant be prejudiced in any manner through the requested continuance of the currently scheduled deadlines.

WHEREFORE, Defendant Warfield respectfully requests his Motion to Continue Trial and All Deadlines be **GRANTED** and the February 7, 2022 trial be continued consistent with the contents of this motion.

Dated:  January 18, 2022

Respectfully submitted,

*/s/ Eric D. Tindal*
Eric D. Tindal     AT#0007950
Keegan Tindal & Jaeger
103 East College Street, Suite 312
Iowa City, IA 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2764
Email: eric@keganlegal.com

**ATTORNEYS FOR DEFENDANT
BREON ARMSTRONG**

Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on January 18, 2022 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Eric D. Tindal*