IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO.3:20-CR-00104 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | NOTICE OF INTENT TO |
| | ) | ENTER GUILTY PLEA |
| ANTONIO LASHAWN WARFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant, Antonio Lashawn Warfield, by his attorney, Eric D. Tindal

and gives the Government and the Court notice that he intends to change his plea to guilty to

Count 1 in the indictment.  It is his intent to plead guilty pursuant to plea agreement.

>  */S/ Eric D. Tindal*
>  Eric D. Tindal AT0007950
>  Keegan Tindal  & Jaeger
>  103 East College Street, Suite 312
>  Iowa City, Iowa 52240
>  Tele:319-887-6900; FAX 319-688-2754
>  Email: eric@keeganlegal.com

**The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:**

**_ U.S. Mail Fax _Hand Delivered _Overnight Courier X CM-ECF**

**__/s/ Eric D. Tindal____(Date)__3_/__8__/__2022___**