UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
AT DAVENPORT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:20-cr-104 |
| vs. | ) **UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING** |
| ANTONIO LASHAWN WARFIELD, | ) |
| Defendant. | ) |

COMES NOW Defendant Antonio L. Warfield, by his attorneys, Eric D. Tindal, of Keegan Tindal & Jaeger, and respectfully requests a continuance of the change of plea hearing, Warfield states:

1. Warfield is accused of being a felon in possession of a firearm. The indictment was filed on October 8, 2020. The undersigned was appointed to the defendant on December 3, 2021. A change of plea hearing is scheduled for March 15, 2022, at 9:00 a.m.

2. The undersigned has had an unexpected situation arise with transportation and has been unable to meet with Defendant prior to the hearing and requests a short continuance of the change of plea hearing. The Government, through AUSA Cliff Cronk, does not resist.

3. Neither the Government nor any defendant will be prejudiced in any manner through the requested continuance of the currently scheduled change of plea hearing.

WHEREFORE, Defendant Warfield respectfully requests the change of plea hearing be continued for a period of two weeks or such other period as the court deems appropriate.

Dated: March 14, 2022

Respectfully submitted,

*/s/ Eric D. Tindal*

Eric D. Tindal    AT#0007950
Keegan Tindal & Jaeger
103 East College Street, Suite 312
Iowa City, IA 52240
Telephone: (319) 887-6900
Facsimile: (319) 688-2764
Email: eric@keganlegal.com

**ATTORNEYS FOR DEFENDANT
BREON ARMSTRONG**

## Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on March 14, 2022, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

                                                        */s/ Eric D. Tindal*