**United States District Court for the Southern District of Iowa**

Presiding: Honorable
Criminal No.                                      :   Clerk's Court Minutes – Plea
_____

United States of America                          :   Gov. Atty(s):
    vs.                        :   Def. Atty(s):
                                                  :   Court Reporter:
                                                  :   Interpreter:
_____

Date:                                             :   Indictment    Superseding Indictment    Information
Time Start:                                       :   In    Count(s) – Code Violation:
Time End:                                         :
_____

  ☐ Certified interpreter sworn
  ☐ Consent to Magistrate accepted
  ☐ Defendant sworn
  ☐ Defendant advised of potential perjury charges      ☐ Defendant plea of guilty to Count(s):
  ☐ Plea Agreement filed      ☐ Court findings:
    ☐ Defendant understands        ☐ Factual basis
    ☐ Defendant agrees        ☐ Voluntariness
  ☐ Defendant advised of nature of charges        ☐ Competency to plea
  ☐ Defendant advised of elements      ☐ Court accepts plea
  ☐ Defendant satisfied with attorney      ☐ Court rejects plea
  ☐ Defendant advised of penalties      ☐ Offense Conduct Statement due:
    ☐ Maximum fine/incarceration      ☐ PSR to be disclosed to counsel:
    ☐ Mandatory minimum fine/incarceration      ☐ Objections to PSR due:
    ☐ Forfeiture/restitution      ☐ Applicability of advisory guideline
    ☐ Supervised release        to the Court due:
      ☐ Maximum      ☐ Sentencing date:
      ☐ Mandatory minimum          Before:
    ☐ Mandatory Special Assessment          At:
  ☐ No promises made regarding sentence      ☐ Custody status:
  ☐ Defendant advised of sentencing guidelines        ☐ Detention
  ☐ Defendant waives rights to jury trial        ☐ Bond
  ☐ Defendant advised of right to persist in not guilty plea
_____

  Minutes:




                                                                                     _____
                                                                                     Deputy Clerk