
RECEIVED
MAR 29 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:20-cr-104 |
| v. | **AMENDMENT TO PLEA AGREEMENT** |
| ANTONIO LASHAWN WARFIELD, | |
| Defendant. | |

The United States of America, Defendant Antonio Lashawn Warfield, and Defendant's attorney, do hereby agree to this amendment to the plea agreement concerning Paragraph 9 (Waiver of Rule 410 Rights) and do intend that the paragraph set forth below be substituted for Paragraph 9 in the original Plea Agreement:

9. *Waiver of Rule 410 Rights*. Unless Defendant is determined to be an Armed Career Criminal (ACC), Defendant expressly waives his rights under Rule 410 of the Federal Rules of Evidence and agrees that all factual statements made in this plea agreement, including those made in the Factual Basis, are admissible against the Defendant. Should Defendant fail to plead guilty pursuant to this plea agreement or move to withdraw his plea (except where he is determined to be an ACC) or to set aside Defendant's conviction, then these admissions may be used against Defendant in the Government's case-in-chief and otherwise, including during the continuing prosecution of this case.

1

3-29-22
Date

_(signature)_
Antonio Lashawn Warfield


3-29-22
Date

_(signature)_
Eric D. Tindal
Attorney for Defendant
103 East College Street, Suite 312
Iowa City, Iowa 52240
Tel: (319)887-6900
FAX: (319)688-2754
Email: eric@keeganlegal.com

Richard D. Westphal
United States Attorney

3-29-2022
Date

By: _(signature)_
Clifford R. Cronk III
Assistant United States Attorney
131 East Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: cliff.cronk@usdoj.gov