IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 3:20-cr-00104-SMR-SBJ |
| Plaintiff, | ) | |
| | ) | ORDER ACCEPTING |
| vs. | ) | MAGISTRATE JUDGE'S REPORT |
| | ) | AND RECOMMENDATION |
| | ) | REGARDING DEFENDANT'S |
| ANTONIO LASHAWN WARFIELD, | ) | GUILTY PLEA |
| | ) | |
| Defendant. | ) | |

## I. INTRODUCTION AND BACKGROUND

On October 8, 2020, an Indictment was returned against Defendant Antonio Lashawn Warfield, charging him in Count 1 with felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

On March 29, 2022, Defendant appeared before United States Magistrate Judge Stephen B. Jackson, Jr. and entered a plea of guilty to Count 1 of the Indictment. On this same date, Judge Jackson filed a Report and Recommendation in which he recommends that Defendant's guilty plea be accepted; and he further determines the United States of America had established the requisite nexus between the offense and the property it seeks in forfeiture. No objections to Judge Jackson's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of Judge Jackson's recommendation to accept Defendant's plea in this case.

## I. ANALYSIS

Pursuant to statute, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1).  In this case, no objections have been filed, and it appears to the Court upon review of Judge Jackson's findings and conclusions, that there is no ground to reject or modify them.  Therefore, the Court **accepts** Judge Jackson's Report and Recommendation of March 29, 2022 [ECF No. 61], and accepts Defendant's plea of guilty in this case to Count 1 of the Indictment.

    IT IS SO ORDERED.

    Dated this 18th day of April, 2022.

_____
STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA