# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge
Criminal No. 3:20-cr-00104-001 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. ANTONIO LASHAWN WARFIELD

---

| | |
|---|---|
| Gov. Atty(s): Clifford R. Cronk, III. | : ✔ Indictment   Superseding Indictment   Information |
| Def. Atty(s): Eric D. Tindal | : In  1  Count(s) – Code Violation: |
| Court Reporter: Debra Thornburg | : UNLAWFUL TRANSPORT OF FIREARMS, ETC. - 18:922(g)(1), 924(a)(2) - Felon in Possession of a Firearm (1) |
| Interpreter: N/A | |

Date: September 27, 2022
Time Start: 1:01 pm   Time End: 1:29 pm

---

✔ Defendant reaffirmed guilty plea to Count(s) 1.      : ✔ Court adopted findings of Final PSR
  Jury   Court guilty verdict to Count(s)              :   Final PSR as amended

Minutes:

Defendant present with counsel for sentencing. Defendant satisfied with counsel. Defendant advised of maximum penalties and informed of PSR. Parties discuss PSR. Total Offense Level = 21; Criminal History Category = VI; Guideline Imprisonment Range = 77 to 96 months. Parties argue appropriate sentence. Defendant waives allocution. Court pronounces sentence. Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 105 months with a 3 year term of supervised release to follow. Court recommends placement at FCI Memphis or FCI Pollock. $100 Special Assessment.

Defendant is remanded to the custody of the United States Marshal.

/s./ K. Chrismer
Deputy Clerk