# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date: October 3, 2022   Case No: 3:20-cr-00104

Case Caption: United States of America v. Antonio Lashawn Warfield

Notice is hereby given that Antonio Lashawn Warfield appeals to the:

☑ US Court of Appeals for the Eighth Circuit   ☐ IASD District Court Judge

from the Judgment/Order entered in this action on September 27, 2022.

### Transcript Order Form:

Please prepare a transcript of:

☑ Plea Hearing   ☑ Sentencing   ☐ Trial

☐ Other Hearing(s) on _____

I am not ordering a transcript because: _____

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: *C.D.W*   Date: October 3, 2022

Address: Eric D. Tindal, Keegan, Tindal & Jaeger, 103 East College St., Suite 312, Iowa City, IA 52240

Phone Number: (319) 887-6900