# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: United States of America    vs. Antonio Lashawn Warfield

District Court Case Number: 3:20-cr-00104

Appeal Fee (505.00) Status: Pd ____ IFP _X_ Pending ____ Government Appeal ____

Counsel: Appointed ____ CJA _X_ Retained ____ Pro Se ____ Pro Bono ____ FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel _X_ Pro Se ____

Any reason why counsel should not be appointed: No

Certificate of Appealability: Denied ____ Granted ____ Not Issue _X_

Pending post Judgment motions: Yes ____ No _X_

If so, type of motion(s) and docket entry number:
_____

High Public Interest Case: Yes ____ No _X_

Simultaneous Opinion release Requested: Yes ____ No _X_

Trial Held: Bench ____ Jury ____ No _X_

Court Reporter: Yes _X_ No ____

Reporter's Name: Debra Thornburg

Appealing: Order prior to final judgment ____ or final judgment _X_

***File this form with the Notice of Appeal***