# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit     DATE:     October 25, 2022

FROM: Clerk, U.S. District Court, Southern District of Iowa - Davenport

Appeal Number:     **22-3061**

District Court Number:     3:20-cr-00104

Name:     USA v. Antonio Warfield

TRANSMITTED HEREWITH:

Original File:


Designated Clerk's Record:


Sealed Docs:     **One SEALED Judgment (#47) – 3 SEALED Copies**
                 **One SEALED Gov't Sentencing Memo (#73) – 3 SEALED Copies**
                 **One SEALED Final PSIR (#68) – 3 SEALED Copies**


Transcript:     **One Sentencing Transcript (#82) – 1 Copy**
                **One Change of Plea Transcript (#81) – 1 Copy**


Exhibits:


Comments: