IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 3:20-cr-00104 |
| v. | ) | |
| | ) | DECLARATION OF PUBLICATION |
| ANTONIO LASHAWN WARFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32(b)(6)(C), notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 27, 2022, and ending on June 25, 2022. (See Attachment 1).

> Respectfully Submitted,
>
> Richard D. Westphal
> United States Attorney
>
> By: */s/ Craig Peyton Gaumer*
> Craig Peyton Gaumer
> Assistant United States Attorney
> U. S. Courthouse Annex, Suite 286
> 110 East Court Avenue
> Des Moines, Iowa 50309
> Tel: (515) 473-9300
> Fax: (515) 473-9292
> Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_____U.S. Mail _____ Fax_____Hand Delivery__X__ECF/Electronic filing____Other means

> UNITED STATES ATTORNEY
> By:*/s/ K. Saltos*
> Paralegal Contractor