IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 3:20-cr-00104 |
| v. | ) | |
| | ) | MOTION FOR FINAL |
| ANTONIO LASHAWN WARFIELD, | ) | ORDER OF FORFEITURE |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, through Assistant U.S. Attorney Craig Peyton Gaumer, and files its Motion for Final Order of Forfeiture.

1. **Statutory Authority.** The Court's authority in this matter is founded upon 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2.

2. **Preliminary Order of Forfeiture.** The Court entered a Preliminary Order of Forfeiture on May 13, 2022 (DCD 65), ordering the forfeiture of the Defendant's interest in the following property:

**A loaded Taurus, nine-millimeter caliber, semi-automatic pistol (SN: TLT00754).**

The forfeiture was contained in the Judgment of Conviction. (DCD 75.)

3. **Notice to Third Parties.** In accordance with federal law, the notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was published for thirty consecutive days on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)). This notice advised any third-parties that any person asserting a legal interest in the property subject to forfeiture had sixty (60) days from the first date of publication of notice to petition the Court to adjudicate the

validity of his/her alleged interest in the property.  A Declaration of Publication was filed herein specifying the details of this publication. (DCD 84.)

4. **Third-Party Claims.**  No third party has filed a petition contesting the forfeiture. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture, as set forth in the attached order.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Craig Peyton Gaumer*
Craig Peyton Gaumer
Assistant United States Attorney
U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel:  (515) 473-9300
Fax:  (515) 473-9292
Email:  craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  ____Fax  ____Hand Delivery  _X_ ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY
By:  */s/ K. Saltos*
Paralegal Contractor